FILED

12/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0257

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0257

STATE OF MONTANA,

Plaintiff and Appellee,

v.

RICHARD LEE TOME,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellee's motion for a 45-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including February 1, 2021, within which to prepare, serve, and file the State's response brief.

MP

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
December 10 2020